**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELINDA C. MUHAMMAD,<br><br>                    Plaintiff,<br><br>         v.<br><br>STATE OF CALIFORNIA, JOE XAVIER, BRENDA GARVINS, and DOES 1 through 10,<br><br>                    Defendants. | No. LA CV18-04017-JAK (PVCx)<br><br>**JUDGMENT** |

1

On October 24, 2023, an order issued accepting the Magistrate Judge's Amended Report and Recommendation and granting defendants' Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered:

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and with prejudice, and that defendants recover their costs.

**IT IS SO ORDERED.**

Dated:  July 17, 2024    _____

John A. Kronstadt
United States District Court Judge

2